UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| SCOTT KAROSA, | ) | |
| Plaintiff(s), | ) | 2:11-cv-768-RLH-PAL |
| vs. | ) | **O R D E R** |
| VOLKSWAGEN OF AMERICA, INC., *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge Peggy A. Leen (#10, filed July 14, 2011), entered by the Honorable Peggy A. Leen regarding Plaintiff's failure to comply with the Court's orders and failure to show good cause for such failure. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

/ / /

/ / /

1

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#10, entered July 14, 2011) is ACCEPTED and ADOPTED, and the case is dismissed.

Dated: August 15, 2011.

*Roger L. Hunt*
**ROGER L. HUNT**
**U.S. District Judge**