# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT KAROSA, an individual, | Case No.: 2:11-cv-00768-RLH-PAL |
| Plaintiff, | **O R D E R** |
| vs. | |
| AVIVA LIFE INSURANCE COMPANY, a foreign corporation; and AVIVA LIFE AND ANNUITY COMPANY, a foreign corporation, | |
| Defendants. | |

On September 9, 2011, this Court issued an order setting aside a clerk's judgment entered against Scott Karosa. In that order, the Court gave Karosa until October 3, 2011, to serve a summons and complaint on Defendants. The record reflects that Karosa has failed to serve a summons and complaint on Defendants, and it has been more than 200 days since Karosa filed his complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires Karosa to serve a summons and complaint on Defendants within 120 days from the time the complaint is filed, and this Court gave additional time to complete service. The Court has given Karosa ample time and warning to complete service, and Karosa has failed to comply with this Court's orders and the rules. Therefore, the Court ORDERS THE CLERK OF COURT TO ENTER JUDGMENT against Karosa and in favor of Defendants.

Dated: November 29, 2011

_____
**ROGER L. HUNT
United States District Judge**

AO 72
(Rev. 8/82)

1